**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § **CASE NUMBER 6:19-CR-00001-JDK** **v.** § § § **BYRON BERNARD BILLUPS (4).** § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
FINDING DEFENDANT GUILTY PURSUANT TO RULE 11(c)(1)(C)**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John D. Love regarding Defendant Byron Bernard Billups' plea of guilty pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) to Count One of the Superseding Indictment with violations of Title 21 U.S.C. § 846 – Conspiracy to Possess with the Intent to Distribute and Distribution of Controlled Substances: Methamphetamine, Cocaine Base, and Cocaine and Title 18 U.S. C. § 2 – Aiding and Abetting.  Having conducted a proceeding in the form and manner prescribed by Rule 11, the Magistrate Judge recommends that the Court accept Defendant's guilty plea, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.  The parties waived their right to file objections to the Findings of Fact and Recommendation.  The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed July 14, 2020, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to Defendant's Plea Agreement, the Court finds Defendant **GUILTY** of Count One of the Superseding Indictment in the above-numbered cause, reserving to the Court the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

So **ORDERED** and **SIGNED** this **15th** day of **July, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE